DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
EULOICES ROSAS JARQUIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-444 EJG |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME |
| EULOICES ROSAS JARQUIN, | ) | |
| | ) | DATE: February 16, 2007 |
| Defendant. | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of January 19, 2007 be vacated, and a new Status Conference date of February 16, 2007 at 10:00 a.m. be set.

This continuance is requested because defense counsel has been out of the office on medical leave due to a recent skiing accident requiring rehabilitation for a serious knee injury.  Time is further requested due to ongoing defense investigation.

It is further stipulated and agreed between the parties that the

period beginning January 19, 2007 through and including February 16, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 18, 2007                     Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Linda Harter
                                            LINDA HARTER
                                            Chief Assistant Federal Defender
                                            Attorney for Defendant
                                            EULOICES ROSAS JARQUIN

Dated: January 18, 2007

                                            MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Samuel Wong
                                            SAMUEL WONG
                                            Assistant U.S. Attorney

**ORDER**

  Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED:__January 18, 2007              /s/ Edward J. Garcia_____
                                      _____
                                      EDWARD J. GARCIA
                                      United States District Court

Stipulation & Order                         2