```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    EULOICES ROSAS JARQUIN
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. Cr. S 06-444 EJG
                                 )
14               Plaintiff,      )
                                 )  STIPULATION REQUESTING A PRE-PLEA
15       v.                      )  REPORT; ORDER
                                 )
16  EULOICES ROSAS JARQUIN,      )
                                 )  Date: February 16, 2007
17               Defendant.      )  Time: 10:00 a.m.
                                 )  Judge: Hon. Edward J. Garcia
18  _____ )

19
```

20     The parties, Euloices R. Jarquin, by and through his counsel,

21 Linda C. Harter, and the United States, by and through Assistant U.S.

22 Attorney Samuel Wong, jointly request that this Court issue an order

23 authorizing the Probation Office to prepare a pre-plea presentence

24 report.

25     The parties are negotiating a resolution of the case and one of

26 the issues to resolve is whether or not the provisions of 18 U.S.C.

27 §3553(f), commonly referred to as 'safety valve', apply to this case

28 and this particular defendant.  A pre-plea report should resolve this

1  question and assist the parties in resolving this case via a plea
2  agreement.
3      Defense counsel will be responsible for notifying Probation of
4  this request, serving the Probation with the order, and providing
5  Probation with the information they will need for such a report.

Dated:  February 7, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
EULOICES ROSAS JARQUIN

Dated:  February 7, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Samuel Wong
_____
SAMUEL WONG
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court hereby authorizes the Probation Office to prepare a pre-plea report as set forth in the attached stipulation.

Dated: February 7, 2007

/s/ Edward J. Garcia___
Hon. Edward J. Garcia
U.S. District Court Judge

Stipulation & Order                -2-