DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
EULOICES ROSAS JARQUIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  No. CR-S-06-444 EJG
                           )
           Plaintiff,      )
                           )  STIPULATION AND ORDER
     v.                    )  CONTINUING STATUS CONFERENCE
                           )  AND EXCLUDING TIME
EULOICES ROSAS JARQUIN,    )
                           )  DATE: April 6, 2007
           Defendant.      )  TIME: 10:00 a.m.
                           )  JUDGE: Edward J. Garcia
_____)

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of February 16, 2007 be vacated, and a new Status Conference date of April 6, 2007 at 10:00 a.m. be set.

    This continuance is requested to allow time for Probation to prepare a Pre-Plea Presentence Investigation Report requested by the parties and to allow additional time for ongoing defense investigation.

    It is further stipulated and agreed between the parties that the period beginning February 16, 2007 through and including April 6, 2007

1  should be excluded in computing the time within which the trial of the
2  above criminal prosecution must commence for purposes of the Speedy
3  Trial Act for defense preparation.  All parties stipulate and agree
4  that this is an appropriate exclusion of time within the meaning of
5  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
6  and that the ends of justice to be served by a continuance outweigh the
7  best interests of the public and the defendant in a speedy trial.
8  Dated: February 12, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda Harter
                                        LINDA HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        EULOICES ROSAS JARQUIN

Dated: February 12, 2007

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Samuel Wong
                                        SAMUEL WONG
                                        Assistant U.S. Attorney

**ORDER**

22      Based on the parties' stipulation and good cause appearing
23  therefrom, the Court hereby adopts the stipulation of the parties in
24  its entirety as its order.  The Court hereby finds that the failure to
25  grant a continuance in this case would deny defense counsel reasonable
26  time necessary for effective preparation, taking into account the
27  exercise of due diligence.  The Court specifically finds that the ends
28  of justice served by the granting of such continuance outweigh the

1 | interests of the public and the defendant in a speedy trial.
2 | IT IS SO ORDERED.
3 | DATED:    February 13, 2007
4 | /s/ Edward J. Garcia
  | EDWARD J. GARCIA
5 | United States District Court

Stipulation & Order    3