```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    EULOICES ROSAS JARQUIN
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )   No. CR-S-06-444 EJG
                                )
12              Plaintiff,      )
                                )   STIPULATION AND ORDER
13       v.                     )   CONTINUING STATUS CONFERENCE
                                )   AND EXCLUDING TIME
14  EULOICES ROSAS JARQUIN,     )
                                )   DATE:  May 4, 2007
15              Defendant.      )   TIME:  10:00 a.m.
                                )   JUDGE: Edward J. Garcia
16  _____)
```

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, SAMUEL WONG, Assistant United States

20  Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant

21  Federal Defender, attorney for defendant, that the current Status

22  Conference date of April 6, 2007 be vacated, and a new Status

23  Conference date of May 4, 2007 at 10:00 a.m. be set.

24      This continuance is requested as defense counsel will be out of

25  the district and unavailable on the previously scheduled hearing date.

26  Additionally, the parties are awaiting a Pre-Plea Presentence

27  Investigation Report.  Once that report is received, there will be a

28  plea offer extended and defense counsel will need to time to review

1  that offer with Mr. Jarquin.

2  It is further stipulated and agreed between the parties that the
3  period beginning April 6, 2007 through and including May 4, 2007 should
4  be excluded in computing the time within which the trial of the above
5  criminal prosecution must commence for purposes of the Speedy Trial Act
6  for defense preparation.  All parties stipulate and agree that this is
7  an appropriate exclusion of time within the meaning of Title 18, United
8  States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the
9  ends of justice to be served by a continuance outweigh the best
10 interests of the public and the defendant in a speedy trial.
11 Dated: March 27, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda Harter
                                        LINDA HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        EULOICES ROSAS JARQUIN

18 Dated: March 27, 2007

                                        MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Samuel Wong
                                        SAMUEL WONG
                                        Assistant U.S. Attorney

**ORDER**

24 Based on the parties' stipulation and good cause appearing
25 therefrom, the Court hereby adopts the stipulation of the parties in
26 its entirety as its order.  The Court hereby finds that the failure to
27 grant a continuance in this case would deny defense counsel reasonable
28 time necessary for effective preparation, taking into account the

Stipulation & Order                    2

1  exercise of due diligence.  The Court specifically finds that the ends
2  of justice served by the granting of such continuance outweigh the
3  interests of the public and the defendant in a speedy trial.
4  IT IS SO ORDERED.
5  DATED:__March 27, 2007_____
6                                          /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
7                                           United States District Court

Stipulation & Order                              3