```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
EULOICES ROSAS JARQUIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EULOICES ROSAS JARQUIN, ) <br> ) <br> Defendant. ) <br> ) | No. CR-S-06-444 EJG <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME <br><br> DATE: August 3, 2007 <br> TIME: 10:00 a.m. <br> JUDGE: Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of June 29, 2007 be vacated, and a new Status Conference date of August 3, 2007 at 10:00 a.m. be set.

This continuance is requested for defense preparation as defense counsel has been out of the office on medical leave for the last two weeks and this week our staff interpreter is out.

It is further stipulated and agreed between the parties that the period beginning June 29, 2007 through and including August 3, 2007

1  should be excluded in computing the time within which the trial of the
2  above criminal prosecution must commence for purposes of the Speedy
3  Trial Act for defense preparation.  All parties stipulate and agree
4  that this is an appropriate exclusion of time within the meaning of
5  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
6  and that the ends of justice to be served by a continuance outweigh the
7  best interests of the public and the defendant in a speedy trial.
8  Dated: June 27, 2007
9                                          Respectfully submitted,
10                                         DANIEL J. BRODERICK
                                           Federal Defender
11
12                                         /s/ Linda Harter
                                           LINDA HARTER
13                                         Chief Assistant Federal Defender
                                           Attorney for Defendant
14                                         EULOICES ROSAS JARQUIN
15 Dated: June 27, 2007
16                                         MCGREGOR W. SCOTT
                                           United States Attorney
17
18                                         /s/ Samuel Wong
                                           SAMUEL WONG
19                                         Assistant U.S. Attorney
20
21
22                                **ORDER**
23      Based on the parties' stipulation and good cause appearing
24 therefrom, the Court hereby adopts the stipulation of the parties in
25 its entirety as its order.  The Court hereby finds that the failure to
26 grant a continuance in this case would deny defense counsel reasonable
27 time necessary for effective preparation, taking into account the
28 exercise of due diligence.  The Court specifically finds that the ends

Stipulation & Order                     2

1 of justice served by the granting of such continuance outweigh the
2 interests of the public and the defendant in a speedy trial.
3 IT IS SO ORDERED.
4 DATED:_June 27, 2007_____

/s/ Edward J. Garcia _____
EDWARD J. GARCIA
United States District Court

Stipulation & Order                              3